Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone:    (415) 362-6715
Facsimile:    (415) 362-0638
Email: feschimaneck@drydenlaw.com; sefoe@drydenlaw.com
Attorneys for Defendant
SAFWAY SERVICES, LP
(formerly known as ThyssenKrupp Safway, Inc.)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (Sacramento Division)

| | |
|---|---|
| RICHARD ADAMS, | No. 2:09-cv-01342-JAM-JFM |
| Plaintiff, | (Sacramento Superior Court, Action No. 34-2009-00035380-CU-PL-GDS) |
| v. | **ORDER GRANTING STIPULATION EXTENDING DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES** |
| THYSSENKRUPP SAFWAY, INC., and DOES 1 to 60, | |
| Defendants. | Complaint filed: February 24, 2009 |

Based upon the Stipulation Extending Deadlines for Disclosure of Expert Witnesses, a copy of which is attached hereto as Exhibit A, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1) The deadline for service of disclosures of expert witnesses is extended to September 17, 2010;

2) The deadline for service of supplemental disclosures of expert witnesses is extended to September 30, 2010;

1

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES

*Adams vs. ThyssenKrupp Safway, Inc.*, USDC, Eastern District of California, Action No.2:09-cv-01342-JAM-JFM

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1    All other deadlines contained in the First Amended Pretrial Scheduling Order filed July 20, 2010 are to remain as set forth therein.

**IT IS SO ORDERED.**

DATED: August 24, 2010

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
Judge of the United States District Court
Eastern District of California

2

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES

*Adams vs. ThyssenKrupp Safway, Inc.*, USDC, Eastern District of California, Action No.2:09-cv-01342-JAM-JFM

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715