Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
Roger A. Agen, Esq. (SBN 114609)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone:   (415) 362-6715
Facsimile:   (415) 362-0638
Email: feschimaneck@drydenlaw.com; sefoe@drydenlaw.com

Attorneys for Defendant
THYSSENKRUPP SAFWAY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (Sacramento Division)

| | |
|---|---|
| RICHARD ADAMS,<br><br>        Plaintiff,<br><br>v.<br><br>THYSSENKRUPP SAFWAY, INC., and DOES 1 to 60,<br><br>        Defendants. | No. 2:09-cv-01342-JAM-KJN<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER TO CORRECT/SUBSTITUTE NAME OF DEFENDANT THYSSENKRUPP SAFWAY, INC. TO SAFWAY SERVICES LP**<br><br>Complaint filed: February 24, 2009 |

Upon reading the stipulation of the parties to Amend Answer to Correct/ Substitute Name of Defendant Thyssenkrupp Safway, Inc. to Safway Services LP, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1) Defendant ThyssenKrupp Safway, Inc., may amend its answer to correct/substitute the name of Safway Services, LP.

2) Defendant shall file its amended answer as set forth in Exhibit A to its stipulation.

**IT IS SO ORDERED.**

DATED: 09/03/2010                    /s/ John A. Mendez
                                     The Honorable John A. Mendez
                                     Judge of the United States District Court

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

1

[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED ANSWER TO CORRECT/SUBSTITUTE NAME OF DEFENDANT THYSSENKRUPP SAFWAY, INC. TO SAFWAY SERVICES LP
*Adams vs. ThyssenKrupp Safway, Inc.*, USDC, Eastern District of California, Action No.2:09-cv-01342-JAM-KJN