Frank E. Schimaneck, Esq. (SBN 73912)
Roger A. Agen, Esq. (SBN 114609)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone:   (415) 362-6715
Facsimile:   (415) 362-0638

Attorneys for Defendant
SAFWAY SERVICES, LP
(formerly known as THYSSENKRUPP SAFWAY, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| RICHARD ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>THYSSENKRUPP SAFWAY, INC., and DOES 1 to 60,<br><br>    Defendants. | No. 2:09-cv-01342-JAM-KJN<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD A CLAIM FOR PUNITIVE DAMAGES**<br><br>Date:   March 9, 2011<br>Time:   9:30 a.m..<br>Dept:   Courtroom 6<br>Judge:  The Honorable John A. Mendez<br><br>Trial:  September 12, 2011 |

Plaintiff's motion for leave to amend complaint to add a claim for punitive damages came on for hearing before The Honorable John A. Mendez on March 9, 2011. Plaintiff's counsel, Scott D. Righthand and Mark W. Swanson, were present. Defendant Safway Services, LP's counsel, Roger A. Agen, was present.

Having considered the papers submitted, the record in this case, and oral argument, the Court rules as follows:

Plaintiff's motion for leave to amend complaint to add a claim for punitive damages is hereby **DENIED**.

IT IS SO ORDERED.

DATED: 3/17/2011                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                Judge of the United States District Court

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD A CLAIM FOR PUNITIVE DAMAGES

*Adams vs. ThyssenKrupp Safway, Inc.*, USDC, Eastern District of California, Action No.2:09-cv-01342-JAM-KJN