Frank E. Schimaneck, Esq. (SBN 73912)
R. Randy Wertz, Esq. (SBN 73128)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email: feschimaneck@drydenlaw.com; sefoe@drydenlaw.com

Attorneys for Defendant
SAFWAY SERVICES, INC. (Formally known as THYSSENKRUPP SAFWAY, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD ADAMS** | No. 2:09-cv-01342-JAM-KJN |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION** |
| v. | |
| THYSSENKRUPP SAFWAY, INC.. and DOES 1 to 60, inclusive, | Judge: The Honorable John A. Mendez<br>Courtroom: 6 |
| Defendants. | |

Based on the stipulation of the parties to dismiss the entire action herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The case filed on behalf of Plaintiff RICHARD ADAMS is hereby dismissed as to all named defendants and all Doe defendants, with prejudice.

**IT IS SO ORDERED.**

DATED:   10/2/2012                    /s/ John A. Mendez
                                      **JOHN A. MENDEZ**
                                      **Judge of the United States District Court**

DRYDEN,
MARGOLES,
SCHIMANECK
 & WERTZ
555 MONTGOMERY STREET
SUITE #750
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

[PROPOSED] ORDER DISMISSING ENTIRE ACTION

*Adams v. Safway Services, Inc.*, USDC-ND Action No. 2:09-cv-01342-JAM-JFM